UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARONDA DEMONA JOSEPH

VERSUS

USA TRUCK, INC.

CIVIL ACTION

17-242-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated June 28, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 24 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 8.
[3] Rec. Doc. 3.